ALEXANDER WARNER, Respondent, v. IDA L. THALER, Appellant, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur.

(The order denies a motion by defendant Thaler to dismiss the summons and complaint in an action to partition realty.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.